```
KAREN P. HEWITT
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6963
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America
```

FILED
2008 JUN 23 PM 12: 37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KMK_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Civil No. |
|                                   ) | |
| Plaintiff,                        ) | COMPLAINT FOR |
|                                   ) | FORFEITURE |
| v.                                ) | |
|                                   ) | '08 CV 1104 IEG BLM |
| $50,000.00 IN U.S. CURRENCY,      ) | |
|                                   ) | |
| Defendant.                        ) | |

By way of complaint against the defendant, $50,000.00 IN U.S. CURRENCY (hereinafter referred to as "defendant $50,000 in currency"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, because the acts and omissions giving rise to the instant forfeiture occurred in this district.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendant was found in this district.

//

//

2008V00220:BCS:mia

3. On January 30, 2008, Special Agents from the Drug Enforcement Administration (hereinafter referred to as "DEA"), Immigration, Customs Enforcement (hereinafter referred to as "ICE"), and officers from California State and San Diego County law enforcement organizations, served and executed a federal search warrant at the residence of Armando Regalado-Naranjo (hereinafter referred to as "Regalado-Naranjo"), located at 44500 Old Highway 80, Cabin 6, Jacumba in the Southern District of California.

A. While searching Regalado-Naranjo's residence, agents discovered and seized the defendant $50,000 in currency. The cash was stored in an aluminum container and hidden in the bathroom, in a cabinet, underneath the sink.

B. The agents conducting the search placed Regalado-Naranjo under arrest. After being advised of his Constitutional rights, Regalado-Naranjo agreed to be interviewed by the agents. Regalado-Naranjo admitted he recruited persons to transport marijuana in vehicles for a drug trafficking organization. He recalled and identified a number of such drivers. Regalado-Naranjo explained he was paid a fee by the drug trafficking organization for each driver he recruited. Regalado-Naranjo revealed further he received cash payments from the drug trafficking organization when marijuana shipments were delivered successfully.

C. On November 30, 2007, a federal grand jury in the Southern District of California handed down a six-count indictment charging that, among other things, from a date unknown to the grand jury and continuing up to and including November 30, 2007,

Esequiel Lopez, Regalado-Naranjo and others conspired to distribute 1,000 kilograms and more of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. The indictment was filed under seal in the United States District Court under case number 07cr3245-BEN. The indictment was ordered unsealed on or about January 31, 2008.

D. On June 5, 2008, Regalado-Naranjo appeared in the Southern District of California before a U.S. Magistrate Judge and entered a plea of guilty to Count 1 of the indictment in case 07cr3245-BEN. At the hearing, Regalado-Naranjo admitted that from an unspecified date and continuing up to and including November 30, 2007, within the Southern District of California and elsewhere, he and other named and unnamed individuals did knowingly and intentionally conspire together to distribute 1,000 kilograms and more of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

E. At the disposition hearing and while under oath, Regalado-Naranjo testified in support of the factual basis for his guilty plea. Regalado-Naranjo told the Magistrate Judge he instructed and directed named and unnamed marijuana load vehicle drivers. Regalado-Naranjo also served as a scout for marijuana-laden vehicles traveling from the Jacumba, California area, through United States Border Patrol checkpoints, and on to the San Diego, California area.

4. The defendant $50,000 in currency was money furnished or intended to be furnished in exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

5. Alternatively, the defendant $50,000 in currency was proceeds of or proceeds traceable to an exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

6. Alternatively, the defendant $50,000 in currency was used or intended to be used to facilitate an exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

7. As a result of the foregoing, the defendant $50,000 in currency is liable to condemnation and to forfeiture to the United States for its use in accordance with Title 21, United States Code, Section 881(a)(6).

8. The defendant $50,000 in currency is presently deposited within the jurisdiction of this Court.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant $50,000 in currency, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: June 23, 2008

KAREN P. HEWITT
United States Attorney

BRUCE C. SMITH
Assistant U.S. Attorney

**VERIFICATION**

I, Randy Hester, state and declare as follows:

1.  I am a Special Agent with the Drug Enforcement Administration and am assigned to the Asset Removal Group. As such, I am responsible for coordinating phases of the investigation which is the basis for this litigation.

2.  I have read the foregoing complaint and know its contents.

3.  The information in the complaint was revealed during the investigation in which I was engaged, or was furnished by official Government sources.

Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on June 23, 2008

RANDY HESTER, Special Agent
Drug Enforcement Administration

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
$50,000.00 IN U.S. CURRENCY

2008 JUN 23 PM 12:36

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

08 CV 1104 IEG BLM

(c) Attorney's (Firm Name, Address, and Telephone Number)
AUSA Bruce C. Smith, 880 Front Street, Room 6293, San Diego, CA 92101-8893, Tel. (619) 557-6963

Attorneys (If Known)
Manuel L. Ramirez, 550 W. C Street, Suite 2000, San Diego, CA 92101, Tel. (619) 814-3521

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 21, United States Code, Section 881(a)(6)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____    DOCKET NUMBER _____

DATE: 06/23/2008
SIGNATURE OF ATTORNEY OF RECORD: AUSA BRUCE C. SMITH

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

