THE RAMIREZ LAW FIRM
MANUEL L. RAMÍREZ (CA SBN 103054)
550 West C St, Suite 2000
San Diego, California 92101
Telephone: (619) 814-3521
Facsimile: (619) 955-5318

Attorneys for Defendant,
ARMANDO REGALADO-NARANJO

FILED

2008 AUG 13 PM 2:39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>$50,000.00 IN U.S. CURRENCY<br><br>　　　　　　　　　Defendant. | Civil No: 08cv1104-IEG(BLM)<br><br>**VERIFIED CLAIM OF ARMANDO REGALADO-NARANJO PURSUANT TO SUPP. R FOR ADM. OR MAR. CLAIM AND FORF. ACTIONS, RULE G(5)** |

NOTICE IS HEREBY GIVEN THAT: **ARMANDO REGALADO-NARANJO** (hereinafter "**REGALADO-NARANJO**"), makes the following Verified Claim in the above matter:

　　1) The Fifty Thousand Dollars ($50,000.00) in U.S. Currency, named as the Defendant in the above action, was seized from me by the DEA on January 30, 2008;

　　2) I am the legal owner of the Fifty Thousand Dollars ($50,000.00) was earned by me thru legal means, including the sale of real property, and thus the money was not obtained thru illegal acts. As I am currently incarcerated my family is assisting me in obtaining all necessary documents to substantiate how the Fifty Thousand Dollars ($50,000.00) was obtained.

　　3) My date of birth is May 25, 1983 and I am a naturalized U.S. Citizen

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: August 13, 2008

x_____
Armando Regalado-Naranjo

VERIFIED CLAIM – 08cv1104-IEG(BLM)
1

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *USA v. ARMANDO REGALADO-NARANJO $50,000.00 IN U.S. CURRENCY*

Case Number: 08cv1104-IEG (BLM)

    I, the undersigned, am over the age of eighteen years and am a resident of San Diego County, California; I am not a party to the above-entitled action; my address is 550 West C Street, Suite, San Diego, CA 92101.

    On August 13, 2008 I served the following document(s):

1. **VERIFIED CLAIM OF ARMANDO REGALADO-NARANJO PURSUANT TO SUPP. R FOR ADM. OR MAR. CLAIM AND FORF. ACTIONS, RULE G(5)**

Addressed to:

    AUSA Bruce Smith
    880 Front Street, Room 6293
    San Diego, CA 92101

\_\_\_\_ **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

\_\_\_\_ **(BY FACSIMILE)** In addition to service by mail as set forth above, **was also forwarded a copy** of said document(s) by telecopier **to fax number**

\_x\_ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand at <u>800 FRONT STREET, SAN DIEGO, CA</u> at \_\_\_:\_\_\_\_ a.m. / p.m.

Executed on August 13, 2008 in San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                               */s/ Alexandra Ariaz*
                               Alexandra Ariaz