Manuel L. Ramirez., Esq. (State Bar No. 103054)
THE RAMIREZ LAW FRIM
550 West C, Suite 2000
San Diego, California 92101
Telephone: (619) 814-3521
Facsimile: (619) 955-5318

Attorneys for Claimaint,
ARMANDO REGALADO-NARANJO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 08cv1104-IEG (BLM) |
| Plaintiff, | ANSWER TO COMPLAINT BY CLAIMAINT ARMANDO REGALDO-NARANJO |
| v. | |
| $50,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

To All Parties and their attorneys of record:

CLAIMANT ARAMANDO REGALADO NARANJO asserts that he has a legal valid ownership and /or possessory interest in the subject Defendant $50,000.00 in U.S. Currency and based thereon files the instant Answer to Complaint.

### OBJECTION TO REM JURISDICTION

CLAIMANT objects to the rem jurisdiction asserted by Plaintiff herein.

### RESPONSE TO ALLEGATIONS IN COMPLAINT

1) CLAIMANT admits the following paragraphs: 1, 2, 3, 3A, 3B, 3C, 3D, 3E;

2) CLAIMANT denies the following paragraphs: 4, 5, 6, 7; and

ANSWER TO COMPLAINT
1

3) CLAIMANT lacks knowledge or information sufficient to form a belief about the allegations in paragraph 8.

### FAILURE TO STATE A CLAIM

4) The complaint fails to state a claim upon which relief can be granted.

### AFFIRMATIVE DEFENSES

5) The Defendant $50,000.00 in U.S. Currency was obtained by CLAIMANT in a legal manner.

6) The Defendant $50,000.00 in U.S. Currency was not furnished or intended to be furnished in exchange for controlled substances.

7) The Defendant $50,000.00 in U.S. Currency was not proceeds of or traceable to an exchange of controlled substances.

8) The Defendant $50,000.00 in U.S. Currency was not used or intended to be used to facilitate an exchange for a controlled substances.

### PRAYER

WHEREFORE, CLAIMANT prays that the Plaintiff, United States of America, take nothing in this Complaint For Forfeiture; that the Defendant $50,000.00 in U.S. Currency be returned to CLAIMANT, that interest on said $50,000.00 be awarded to CLAIMANT; that this Court issue any additional Orders it deems appropriate.

DATED: September 9, 2008                /S/ MANUEL L. RAMIREZ
                                        Attorneys for Armando Regalado Narnajo

PROOF OF SERVICE

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *USA v 50,000.00 IN U.S. CURRENCY*

Case Number: 07-CR-03245-BEN

I, the undersigned, am over the age of eighteen years and am a resident of San Diego County, California; I am not a party to the above-entitled action; my employment address is 550 West C Street, Suite 2000, San Diego, CA 92101.

On September 9, 2008 I served the following document(s):

1) ANSWER TO COMPLAINT BY CLAIMANT ARMANDO REGALADO-NARANJO.

Addressed to:
AUSA BRUCE SMITH
Office of the United States Attorney
880 Front St, Ste 6293
San Diego, CA 92101

By serving a true copy of the above-described document by Electronic Mail. I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to the electronic service through the Court's transmission facilities. Under said practice the above referenced parties were served via CM/ECF

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 9, 2008, in San Diego, California.

_/s/ Alexandra Ariaz_
Alexandra Ariaz